IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

APR – 8 2013

| | |
|---|---|
| MANNKIND CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:13-cv-00172 |
| TERESA STANEK REA, Acting Under | ) (TSE/TCB) |
| Secretary of Commerce for Intellectual Property | ) |
| and Director of the United States Patent and | ) |
| Trademark Office, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

All parties to this litigation having jointly moved the court to stay the proceedings in this

civil action pending a final decision on appeal by the Federal Circuit in *Exelixis, Inc. v. Rea,* No.

2013-1175 (Fed. Cir.) ("*Exelixis I*"), and *Exelixis, Inc. v. Rea,* No. 2013-1198 (Fed. Cir.)

("*Exelixis II*"), and for good cause shown, it is hereby

ORDERED that the parties' joint motion is GRANTED; and it is further

ORDERED that the present litigation is STAYED and held in abeyance pending a final

decision on appeal by the Federal Circuit in *Exelixis I* and *Exelixis II*; and it is further

ORDERED that the parties shall submit a report to this Court within 21 days of the

Federal Circuit's decision on appeal becoming final, providing a proposal for resolving any

remaining issues raised in Plaintiff's complaint.

*The Clerk is DIRECTED to PLACE this matter among the inactive matters.*

DATED: 4/8/13
Alexandria, Virginia

/s/

UNITED STATES DISTRICT JUDGE

T. S. Ellis, III
United States District Judge